

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00349-CV

| | | |
|---|---|---|
| D.R. Horton - Texas, Ltd. and DRHI, Inc. | § | From the 362nd District Court of |
| | § | Denton County (2012-40415-362) |
| v. | | |
| | § | November 7, 2013 |
| Savannah Properties Associates, L.P. | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants D.R. Horton - Texas, Ltd. and DRHI, Inc., shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____

Justice Anne Gardner